**Rafael Conrad LOZADO, a minor under the age of 21 years, who sues by his next friend, Carol H. Franklin, Appellee,**

v.

**David L. SOTELO, Appellant.**

**No. 10467.**

United States Court of Appeals Fourth Circuit.

Argued June 22, 1966.

Decided June 27, 1966.

Robert G. Winters, Norfolk, Va., for appellant.

Henry Kowalchick, Norfolk, Va. (Israel Steingold, and Steingold, Steingold & Chovitz, Norfolk, Va., on brief), for appellee.

Before SOBELOFF, BOREMAN and BRYAN, Circuit Judges.

PER CURIAM.

After consideration of the briefs, oral arguments and record, we find no error. The judgment is

Affirmed.

**UNITED STATES of America, Appellee,**

v.

**Garland BANKS, Appellant.**

**No. 10405.**

United States Court of Appeals Fourth Circuit.

Argued June 20, 1966.

Decided June 27, 1966.

Douglas F. DeBank, Orlando, Fla. (Court-appointed counsel), for appellant.

Gerald L. Bass, Asst. U. S. Atty. (Robert H. Cowen, U. S. Atty., on brief), for appellee.

Before BRYAN and BELL, Circuit Judges, and LEWIS, District Judge.

PER CURIAM:

Upon examination of the record we find no error in the trial and conviction of the appellant, Garland Banks, and accordingly the judgment on review will be affirmed.

Affirmed.